IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAMELA DENISE JONJO, | : | |
| | : | CASE NO.: 24-11139-pmm |
| Debtor. | : | |
| | : | |
| Village Capital & Investment, LLC and all parties listed on the mailing matrix filed with the Clerk, | : : : | |
| | : | |
| Respondents. | : | |

**ORDER GRANTING**
**MOTION TO EXTEND AUTOMATIC STAY**

AND NOW, upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), and it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, it is hereby ORDERED that the said **Motion to Extend Automatic Stay** be and is hereby GRANTED. It is further ORDERED that the Automatic Stay shall be extended with regards to all creditors in accordance with 11 U.S.C. § 362(c)(1)&(2)&(3)(B).

_____
**Patricia M. Mayer, Bankruptcy Judge**