IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAMELA DENISE JONJO, | : | |
| | : | CASE NO.: 24-11139-pmm |
| Debtor. | : | |
| | : | |
| Village Capital & Investment, LLC and all | : | |
| parties listed on the mailing matrix filed | : | |
| with the Clerk, | : | |
| | : | |
| Respondents. | : | |

### AFFIDAVIT OF DEBTOR, PAMELA DENISE JONJO, IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

I, Pamela Denise Jonjo, Debtor in the above-captioned Chapter 13 Bankruptcy Case, hereby swears and affirms, under penalty of perjury, that the following is true, correct and accurate to the best of my knowledge, information and belief:

1. I filed a Chapter 13 bankruptcy case on November 17, 2021, docketed at 21-13083-PMM (the "Prior Case").

2. On January 25, 2024, the Prior Case was dismissed due to a failure to make plan payments.

3. During the prior bankruptcy, my boyfriend's uncle was living with us and contributing a portion of his disability check to us each month.

4. He passed away and we incurred expenses due to his death and lost his monthly contribution.

5. This forced us to fall behind on Trustee payments.

6. Now, my combined monthly income is higher than the Prior Case.

7. This will leave me able to afford the monthly payment required under a Chapter 13 plan.

8. Other than the Prior Case, I have had no other pending bankruptcy cases over the last twelve (12) months.

Dated: April 4, 2024				By:	/s/Pamela Denise Jonjo, Debtor