IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAMELA DENISE JONJO, | : | |
| | : | CASE NO.: 24-11139-pmm |
| Debtor. | : | |
| | : | |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Extend Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B) (doc. 10, the "Motion") and after notice and hearing, and there being no opposition to the Motion;

It is hereby ORDERED that:

1) The Motion is **granted**; and

2) The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the Court in accordance with 11 U.S.C. § 362(d) and Fed.R.Bankr.P. 4001(a).

_____

**Date:**                                                          **PATRICIA M. MAYER**
                                                                              **U.S. BANKRUPTCY JUDGE**