Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-11139-PMM**

Pamela Denise Jonjo  
628 West Berwick Street  
Easton  PA    18042

Petition Filed Date: 04/04/2024  
341 Hearing Date: 06/04/2024  
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $880.00 | | 10/03/2024 | $880.00 | | 10/30/2024 | $880.00 | |
| 11/27/2024 | $880.00 | | 01/02/2025 | $880.00 | | 02/05/2025 | $880.00 | |
| 03/05/2025 | $880.00 | | 04/07/2025 | $880.00 | | 05/09/2025 | $880.00 | |
| 06/09/2025 | $880.00 | | | | | | | |

**Total Receipts for the Period: $8,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,225.00 | $4,225.00 | $0.00 |
| 1 | VILLAGE CAPITAL & INVESTMENT »» 001 | Mortgage Arrears | $34,824.37 | $6,515.43 | $28,308.94 |
| 2 | CITY OF EASTON »» 002 | Secured Creditors | $2,986.55 | $558.77 | $2,427.78 |
| 3 | FIVE STAR BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CONVERGENT OUTSOURCING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11139-PMM**

|  |  |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,320.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $11,299.20 | Arrearages: | $1,760.00 |
| Paid to Trustee: | $1,020.80 | Total Plan Base: | $47,520.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.