IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | **CASE NO.: 24-11139** |
| a/k/a PAMELA JONJO, | : | |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE:
MOTION TO MODIFY CONFIRMED PLAN (Doc. #38)**

      The undersigned Attorney for Debtor Pamela Denise Jonjo in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on November 25, 2025, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on all creditors and parties in interest on November 25, 2025, which set a December 16, 2025 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtor, Pamela Denise Jonjo, is therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

      /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com