IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | CASE NO.: 24-11139 |
| a/k/a PAMELA JONJO, | : | |
| Debtor(s) | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (**doc. #38, the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #40**) is approved.

Date:  12/18/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE