IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | CASE NO.: 24-11139 |
| a/k/a PAMELA JONJO, | : | |
| Debtor | : | |

## CERTIFICATE OF NO RESPONSE: SUPPLEMENTAL APPLICATION FOR COMPENSATION (Doc. #42)

The undersigned Attorneys for Debtor, Pamela Denise Jonjo, in the above-captioned matter, hereby certifies that an **Supplemental Application for Compensation** was filed on December 10, 2025, and that the Motion and related **Notice of Motion and Response Deadline** was properly served on all the creditors and parties in interest on December 10, 2025, which set a December 31, 2025 response deadline. The undersigned further certifies that no response to the **Supplemental Application for Compensation** has been filed. Debtor, Pamela Denise Jonjo, is therefore entitled to have an Order issued granting the **Supplemental Application for Compensation**.

/s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com