IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAMELA DENISE JONJO,           :     CHAPTER 13
a/k/a PAMELA D. JONJO,          :
a/k/a PAMELA JONJO,             :     CASE NO. 24-11139-pmm
                                :
    Debtor (s)                 :

**ORDER**

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$350.00** and shall be paid to the extent it is authorized under the confirmed plan.

1/5/26

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**