Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Pamela Denise Jonjo
628 West Berwick Street
Easton, PA 18042

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11139-PMM**

Petition Filed Date: 04/04/2024
341 Hearing Date: 06/04/2024
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2025 | $880.00 | | 09/10/2025 | $880.00 | | 10/16/2025 | $880.00 | 29802618134 |
| 11/26/2025 | $880.00 | 22082122660 | 12/29/2025 | $880.00 | 55105100892 | 02/03/2026 | $880.00 | 55105109839 |
| 03/04/2026 | $880.00 | | 04/01/2026 | $880.00 | | 04/29/2026 | $880.00 | |
| 06/03/2026 | $880.00 | | 07/01/2026 | $880.00 | | | | |

**Total Receipts for the Period: $9,680.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,225.00 | $4,225.00 | $0.00 |
| 1 | VILLAGE CAPITAL & INVESTMENT<br>»» 001 | Mortgage Arrears | $34,824.37 | $14,439.81 | $20,384.56 |
| 2 | CITY OF EASTON<br>»» 002 | Secured Creditors | $2,986.55 | $1,238.39 | $1,748.16 |
| 3 | FIVE STAR BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CONVERGENT OUTSOURCING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $350.00 | $350.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,000.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $20,253.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,746.80 | Total Plan Base: | $47,520.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.